**90–1298.**   Wehri v. Countrymark, Inc.   *Allen County,* Nos. 1–89–13 and 1–89–14.   Reported at 61 Ohio St.3d 719, 576 N.E.2d 789.   On motion for rehearing.   Rehearing denied.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**90–1455.**   State v. Domers.   *Wayne County,* No. 2535.   Reported at 61 Ohio St.3d 592, 575 N.E.2d 832.   On motion for rehearing.   Rehearing denied.

HOLMES, J., dissents.

**91–646.**   State, ex rel. Ciccolelli, v. Medina.   *Mahoning County,* No. 90 C.A. 162.   Reported at 61 Ohio St.3d 1437, 576 N.E.2d 806.   On motion for rehearing.   Rehearing denied.

MOYER, C.J., dissents.

## DISCIPLINARY DOCKET

**90–1704.**   Toledo Bar Assn. v. Westmeyer.   Joseph W. Westmeyer, Jr. is found in contempt and the order is placed in his file.

RESNICK, J., not participating.